546 F.2d 908
 Mohawk Towing Company, Inc., motor vessel Louise E. Collins,
M/V Louise E. Collins
v.
P & S Diesel Service, Inc.*
 No. 76-1685
 United States Court of Appeals, Fifth Circuit
 1/21/77
 
 1
 E.D.La.
 
 
 2
 AFFIRMED***
 
 
 
 *
 Summary Calendar case; Rule 18, 5 Cir., see Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York, et al., 5 Cir., 1970, 431 F.2d 409
 
 
 ***
 Opinion contains citation(s) or special notations